

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00518-CV

Jeanne **COOK**,
Appellant

v.

Warren F. **NEELY**, M.D.,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-10774
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellee Warren F. Neely, M.D., recover his costs of appeal from Appellant Jeanne Cook.

SIGNED July 29, 2015.

_____
Karen Angelini, Justice